1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY WATSON,                     )   1:09-cv-00884-OWW-JLT HC
                                       )
12              Petitioner,            )   ORDER   DISREGARDING   PETITIONER'S
                                       )   MOTION FOR STAY (Doc. 12)
13                                     )
         v.                            )
14                                     )
                                       )
15   PEOPLE OF THE STATE OF            )
     CALIFORNIA,                       )
16                                     )
                Respondent.            )
17   _____  )

18

19        Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant

20   to 28 U.S.C. § 2254.  On May 19, 2009, Petitioner filed his original petition.  (Doc. 1).  On July 6,

21   2009, the Court transferred the case to the Sacramento Division of this Court and administratively

22   closed the file in the Fresno Division.  (Doc. 11).  The following day, Petitioner filed in the Fresno

23   Division a motion for stay of proceedings.  (Doc. 12).

24        Accordingly, the Court HEREBY ORDERS that Petitioner's motion for stay of proceedings

25   (Doc. 12), is DISREGARDED.

26   IT IS SO ORDERED.

27   Dated:  **January 27, 2010**                          **/s/ Jennifer L. Thurston**

28                                           1

1    _____                                  UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28